Kathy DUNAGIN, et al.,
Plaintiffs-Appellants,

v.

The CITY OF OXFORD, MISSISSIPPI, et al., Defendants-Appellees,

The State of Mississippi,
Intervenor-Appellee.

No. 80–3762.

United States Court of Appeals,
Fifth Circuit.

March 11, 1983.

Holcomb, Dunbar, Connell, Merkel, Tollison & Khayat, Dan W. Webb, Grady F. Tollison, Jr., Guy T. Gillespie, III, Oxford, Miss., for plaintiffs-appellants.

James K. Child, Jr., Henry E. Chatham, Jr., Jackson, Miss., Jack H. Pittman, Hattiesburg, Miss., for amicus curiae Lamar Outdoor Advertising, et al.

F. Edwin Perry, Oxford, Miss., for City of Oxford.

Peter M. Stockett, Jr., Asst. Atty. Gen., William S. Boyd, III, W. Timothy Jones, John E. Milner, Sp. Asst. Attys. Gen., Jackson, Miss., for State of Miss.

Gary W. Gardenhire, Asst. Atty. Gen., Chief, Civ. Div., Oklahoma City, Okl., amicus curiae for State of Okl.

---

Before CLARK, Chief Judge, BROWN, GOLDBERG, GEE, RUBIN, REAVLEY, POLITZ, RANDALL, TATE, JOHNSON, WILLIAMS, GARWOOD, JOLLY and HIGGINBOTHAM, Circuit Judges.

BY THE COURT:

A majority of the Judges in active service, on the Court's own motion, having determined to have this case, 701 F.2d 335 (5th Cir.1983), reheard en banc,

IT IS ORDERED that this cause shall be reheard by the Court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.